AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

ADAM HAWTHORNE,

    Plaintiff,

V.

DONALD HELLING, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:12-cv-00603-LRH-VPC

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE based on plaintiff's failure to file an amended complaint in compliance with this court's order of April 15, 2013.

June 25, 2013                                                                 **LANCE S. WILSON**
                                                                                                         Clerk

                                                                                                          /s/ K. Rusin
                                                                                                          Deputy Clerk