AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF   NEVADA

ADAM HAWTHORNE,

    Plaintiff,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:12-cv-00603-LRH-VPC

DONALD HELLING, et al.,

    Defendant(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE based on plaintiff's failure to file an amended complaint in compliance with this court's order of April 15, 2013.

June 25, 2013                                                                 **LANCE S. WILSON**
                                                                                                   Clerk

                                                                                                 /s/ K. Rusin
                                                                                                 Deputy Clerk